IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al., | ) ) ) | Civil Action No. 11-505 |
| Plaintiff, | ) ) | Judge Gary L. Lancaster |
| v. | ) ) ) | |
| BABCOCK EXCAVATING, INC., RALPH SCOBBO and LISA A. HADEN, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, to wit, this 5th day of July, 2011, upon consideration of Plaintiff's Motion for Entry of Default Judgment and the Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED. Judgment is entered in favor of the Plaintiff, Laborers' Combined Funds of Western Pennsylvania, et al. and against the Defendant, Babcock Excavating, Inc. in the amount of $2,828.08.

_____
The Honorable Gary L. Lancaster
Chief United States District Judge