IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, et al., | Civil Action No. 11-505 |
| Plaintiff, | Judge Gary L. Lancaster |
| v. | |
| BABCOCK EXCAVATING, INC., RALPH SCOBBO and LISA A. HADEN, | |
| Defendants. | |

## CONSENT JUDGMENT

AND NOW, this _12_ day of _Sept_, 2011, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant, Ralph Scobbo, in the amount of $42,371.53 as to Count I of the Complaint and $3,467.71 as to Count II of the Complaint, plus additional interest from August 31, 2011.

It is further agreed that Defendant Lisa A. Haden is hereby DISMISSED from the above-referenced action.

This judgment is not res judicata with regard to the disputed issue of non-dischargeability in any future bankruptcy proceeding.

_____
The Honorable Gary L. Lancaster
Chief United States District Judge

/s/ Neil J. Gregorio
Neil J. Gregorio, Esquire
Attorney for Plaintiff

/s/ Mary Bower Sheats
Mary Bower Sheats, Esquire
Attorney for Defendant, Ralph Scobbo

/s/ Matthew J. Lautmann
Matthew J. Lautman, Esquire
Attorney for Defendant, Lisa A. Haden